JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
NEAL C. LUTTERMAN, Deputy City Attorney
State Bar No. 174681
425 N. El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendant
CITY OF STOCKTON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LINDSAY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF STOCKTON, an incorporated California Municipality, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:14-CV-01285-KJM-AC<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>**(Fed. R. Civ. P. 41(a)(1)(ii)** |

Plaintiff, FRANK LINDSAY and Defendant, CITY OF STOCKTON, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice according to the terms of the Settlement Agreement attached to the Proposed Stipulated Order and as incorporated by reference in that Order made fully a part of it.

Dated: September 25, 2014          LAW OFFICE OF JANICE M. BELLUCCI


                                   BY   */s/ Janice M. Bellucci*
                                        JANICE M. BELLUCCI

                                        Attorney for Plaintiff
                                        FRANK LINDSAY

///

///

///

///

| | |
|---|---|
| Dated: September 25, 2014 | JOHN M. LUEBBERKE<br>CITY ATTORNEY |
| | BY   */s/ Neal. C. Lutterman*<br>    NEAL C. LUTTERMAN<br>    DEPUTY CITY ATTORNEY |
| | Attorneys for Defendant<br>CITY OF STOCKTON |

**ORDER**

The Court has reviewed the Stipulation set forth above, and the terms and conditions of the Settlement Agreement attached to this Order as Exhibit "A" and incorporated in this Order as if fully set forth in it. Good cause appearing,

IT IS ORDERED that:

1. This matter is dismissed with prejudice;
2. The dismissal is expressly conditioned on the terms and conditions of the Settlement Agreement attached to and incorporated in this Order;
3. The Court retains jurisdiction of this matter for the purposes of taking any action to enforce the terms of the attached Settlement Agreement, which is a part of this Order; and
4. Defendant City of Stockton shall pay Plaintiff Frank Lindsay the total sum of One Thousand Dollars ($1,000) as and for attorneys' fees and litigation costs, as provided for in the Settlement Agreement.

Dated: September 30, 2014.

_____
UNITED STATES DISTRICT JUDGE